

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2022

No. 04-22-00547-CV

**IN RE GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY**

Original Proceeding[1]

**ORDER**

On August 26, 2022, relator filed a petition for writ of mandamus. Relator also filed an emergency motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's emergency motion for stay is **DENIED** as moot.

It is so **ORDERED** on September 21, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CI16825, styled *Kristal Thompson and Fredrick Thompson v. Garrison Property and Casualty Insurance Company*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Aaron Samuel Haas presiding.